

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAMSES LUIS LICANO, | § | No. 08-19-00229-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Two |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20190C01810) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF FEBRUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.